# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:22CR119 |
| vs. | ) | |
| **JUSTIN WOOLSONCROFT**, | ) | **ORDER** |
| **Defendant.** | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [33]. Counsel needs additional time as discovery and plea negotiations are ongoing. Good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [33] is granted, as follows:

1. The jury trial now set for December 12, 2022 is continued to **February 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 28, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** December 7, 2022.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**