# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:22CR119** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JUSTIN WOOLSONCROFT**, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [38]. Counsel needs additional time as discovery and plea negotiations are ongoing. The undersigned Magistrate Judge has also communicated with the parties. Based on the motion, and what has been communicated by the attorneys to the undersigned, the court finds good cause has been shown.

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [38] is granted, as follows:

1. The jury trial now set for May 8, 2023, is continued to **July 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** May 4, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**