IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JUSTIN WOOLSONCROFT,<br><br>              Defendant. | **8:22CR119**<br><br>**ORDER** |

      On May 17, 2023 the court held a hearing on the motion of Attorney W. Randall Paragas to withdraw as counsel for the defendant, Justin Woolsoncroft (Filing No. 40). W. Randall Paragas represented that the Defendant had directed him to file a Motion to Withdraw. After inquiry of the Defendant and his counsel, the court granted W. Randall Paragas' motion to withdraw (Filing No. 40). The court further inquired as to Defendant's financial status. The court found that Defendant was indigent and re-appointed the Federal Public Defender to represent Defendant.

      Yvonne D. Sosa, of the Federal Public Defender's office is appointed to represent Justin Woolsoncroft for the balance of these proceedings. W. Randall Paragas shall forthwith provide Yvonne D. Sosa with the discovery materials provided the defendant by the government and such other materials obtained by W. Randall Paragas which are material to Justin Woolsoncroft's defense.

      The clerk shall provide a copy of this order to Yvonne D. Sosa.

      **IT IS SO ORDERED.**

      Dated this 18th day of May, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge